

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Elizabeth Helbing v. Oliver Alan Hunt and Jon William Deaver

Appellate case number:   01-11-00590-CV

Trial court case number:  0931060A

Trial court:             281st District Court of Harris County

Date motion filed:       January 23, 2013

Party filing motion:     Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ _Terry Jennings_____
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: _March 19, 2013_____